UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK R. MILNER, | Case No. 25-cv-03428-WHO |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| NAPA EMERGENCY WOMEN'S SERVICES (NEWS), et al., | |
| Defendants. | |
| | |
| ERIK R. MILNER, | Case No. 25-cv-03350-WHO |
| Plaintiff, | |
| v. | |
| DUSTIN DODD, et al., | |
| Defendants | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled related cases are hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the cases are related to 25-cv-01923-JSC *Dawson v. Napa County et al*.

**IT IS SO ORDERED.**

Dated: July 16, 2025

WILLIAM H. ORRICK
United States District Judge