UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RANDALL MILNER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NAPA COUNTY SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 25-cv-06193-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 25-cv-01923-JSC, *Dawson v. Napa County et al.*

**IT IS SO ORDERED.**

Dated: August 5, 2025

_____
VINCE CHHABRIA
United States District Judge